# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **KAYLA ROBINSON,**<br><br>　　Plaintiff,<br><br>v.<br><br>**CITY OF ST. LOUIS, ANGELA HAWKINS, KELLI SWINTON, LAWRENCE O'TOOLE, & COLONEL D. SAMUEL DOTSON, III,**<br><br>　　Defendants. | **Cause No.** |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendant City of St. Louis ("City") notifies this Court of the removal of *Robinson v. City of St. Louis, et al.*, Cause No. 1622-CC11297, from the 22nd Judicial Circuit Court of Missouri, to the U.S. District Court for the Eastern District of Missouri. As grounds for removal, City states:

1.　On November 15, 2016, Plaintiff Kayla Robinson ("Plaintiff") filed a six-count lawsuit against these Defendants in the 22nd Judicial Circuit Court of Missouri, styled as *Robinson v. City of St. Louis, et al.*, Cause No. 1622-CC11297.

2.　All six counts of Plaintiff's Petition allege the Defendants violated Plaintiff's rights secured by the Fourth or Fourteenth Amendments to the United States Constitution in violation of 42 U.S.C. § 1983. Petition, pp. 12-25.

3.　On December 28, 2016, Plaintiff effected service on all Defendants.

4.　Counsel for City has conferred with counsel for Defendants Hawkins, Swinton, O'Toole, and Dotson; all Defendants consent to this removal.

5.　City files this notice within thirty days after service, making removal timely under 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-355 (1999).

6.　Pursuant to Local Rule 2.03 a copy of all process, pleadings, orders and other documents on file in state court are attached as Exhibit A.

7. Venue is proper in this District under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action has been pending.

8. Plaintiff's claims in all counts of her state-court Petition unequivocally implicate federal constitutional rights and federal statutory rights, thus this Court has original jurisdiction under 28 U.S.C. § 1331.

9. City concurrently submits the filing fee in the amount of $400.00 and the proof of filing the notice of removal with the Clerk and State court.

WHEREFORE, Defendant petitions this Court for removal of *Robinson v. City of St. Louis, et al.*, Cause No. 1622-CC11297, from the 22nd Judicial Circuit Court of Missouri, to this Court for all further proceedings.

Respectfully submitted,
MICHAEL A. GARVIN,
CITY COUNSELOR

/s/ J. Brent Dulle #59705MO
Associate City Counselor
CITY OF ST. LOUIS LAW DEPARTMENT
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-4644
Fax: 314-622-4956
DulleB@stlouis-mo.gov

### CERTIFICATE OF SERVICE

I hereby certify this Notice was electronically filed with the Court for service through the electronic filing system and also sent via email to: Jeremy Hollingshead, HOLLINGSHEAD, PAULUS, ECCHER & FRY, Attorney for Plaintiff, j.hollingshead@hpelaw.com, on January 11, 2017.

/s/ J. Brent Dulle