# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **KAYLA ROBINSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  4:17-cv-00156-PLC |
| v. ) | |
| ) | |
| **ST. LOUIS BOARD OF POLICE** ) | |
| **COMMISSIONERS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PROPOSED EXHIBIT LIST

I. The Plaintiff will offer into evidence the following Exhibits:

**Plaintiff's Exhibit 1**:   RSMo. § 544.193 (Missouri Statute entitled "Strip searches prohibited, when—how executed if authorized")

**Plaintiff's Exhibit 2:**   St. Louis Metropolitan Police Department's Explanation of IAD Final Dispositions

**Plaintiff's Exhibit 4:**   St. Louis Metropolitan Police Department's Special Order 1-01 ("USE OF FORCE")

**Plaintiff's Exhibit 6:**   St. Louis Metropolitan Police Department's Special Order 6-02 ("COMPLAINT/DISCIPLINE PROCEDURES")

**Plaintiff's Exhibit 7:**   St. Louis Metropolitan Police Department's Special Order 7-01 ("TRAFFIC PROCEDURES")

**Plaintiff's Exhibit 8:**   St. Louis Metropolitan Police Department's Special Order 8-02 ("STOP & FRISK, SEARCHES WITH AND WITHOUT WARRANTS")

**Plaintiff's Exhibit 13:**   Plaintiff's SSM Health Depaul St Louis Medical Records

**Plaintiff's Exhibit 15:**   Plaintiff's October 19-20, 2012 Statement to the St. Louis Metropolitan Police Department

| | |
|---|---|
| **Plaintiff's Exhibit 16:** | October 22, 2012 "ALLEGATION OF EMPLOYEE MISCONDUCT REPORT" Regarding Plaintiff's Allegations |
| **Plaintiff's Exhibit 17:** | Sergeant Mark McMurray's January 2, 2013 Statement to IAD Regarding Plaintiff's Allegations |
| **Plaintiff's Exhibit 18:** | Detective Michael Strong's January 23, 2013 Statement to IAD Regarding Plaintiff's Allegations |
| **Plaintiff's Exhibit 19:** | Detective Robert Singh's February 9, 2013 Statement to IAD Regarding Plaintiff's Allegations |
| **Plaintiff's Exhibit 20:** | IAD's August 8, 2013 Findings with Regard to Plaintiff's Allegations |
| **Plaintiff's Exhibit 21:** | St. Louis Metropolitan Police Department's August 26, 2013 Letter to Plaintiff Informing her of the Department's Findings Related to her Allegations |
| **Plaintiff's Exhibit 22:** | August 26, 2013 St. Louis Metropolitan Police Department's "INTRA-DEPARTMENT AND CORRESPONDENCE SHEET" from Lieutenant Colonel Lawrence O'Toole to Captain Gwen Spicer Regarding IAD's Findings with Regard to Plaintiff's Allegations |
| **Plaintiff's Exhibit 23:** | May 28, 2013 Email from Sergeant Mark McMurray to IAD Sergeant Lisa Albright |
| **Plaintiff's Exhibit 25:** | October 20, 2012 Email from Defendant Swinton to Sergeant Mark McMurray Regarding the Stop, Investigation, Search, and Detention of Plaintiff that Occurred on October 19, 2012 |
| **Plaintiff's Exhibit 27:** | January 2, 2013 Email from Sergeant Mark McMurray to Lieutenant Kenneth Lammert |
| **Plaintiff's Exhibit 28:** | January 2, 2015 Initial Federal Complaint Against Defendant Swinton |
| **Plaintiff's Exhibit 29:** | September 15, 2015 Second Amended Complaint Against Defendant Swinton |

| | |
|---|---|
| **Plaintiff's Exhibit 31:** | October 21, 2015 "Plaintiff's Notice of Acceptance of Offer of Judgment" Related to the Complaint Filed Against Defendant Swinton |
| **Plaintiff's Exhibit 32:** | December 8, 2015 Final "JUDGMENT" Related to the Complaint Filed Against Defendant Swinton |
| **Plaintiff's Exhibit 33:** | Defendant Swinton's July 30, 2013 Response to Questions Presented to her by the St. Louis Metropolitan Police Department as part of her Application for Employment |
| **Plaintiff's Exhibit 34:** | IAD's January 26, 2015 Findings Regarding Defendant Swinton's Violations of St. Louis Metropolitan Police Department Policies |
| **Plaintiff's Exhibit 35:** | Defendant Swinton's April 14, 2015 "CONSENT TO ACCEPT RECOMMENDED DISCIPLINE" Related to her Alleged Violations of St. Louis Metropolitan Police Department Policies |
| **Plaintiff's Exhibit 36:** | Defendant Swinton's April 16, 2015 "NOTIFICATION OF SUSPENSION FROM DUTY" Related to her Alleged Violations of St. Louis Metropolitan Police Department Policies |
| **Plaintiff's Exhibit 37:** | April 21, 2015 "INTRA-DEPARTMENT REPORT AND CORRESPONDENCE SHEET" From Lieutenant Latricia Allen to Lieutenant Colonel O'Toole Regarding Defendant Swinton's IAD Investigation |
| **Plaintiff's Exhibit 38:** | Defendant Hawkin's "Linked In" Profile |
| **Plaintiff's Exhibit 39:** | Satellite Imagery of the Location of Plaintiff's Stop, Detention, Search, and Arrest |
| **Plaintiff's Exhibit 41:** | Satellite Imagery of the Location of Plaintiff's Stop, Detention, Search, and Arrest Containing Witness Markings |
| **Plaintiff's Exhibit 42:** | Photograph 1 of the General Area of the Parking Lot Whereby Plaintiff was Searched on October 19, 2012 |

**Plaintiff's Exhibit 43:** Photograph 2 of the General Area of the Parking Lot Whereby Plaintiff was Searched on October 19, 2012

**Plaintiff's Exhibit 47:** Photograph of the General Area Where the Vehicle Plaintiff was Occupying on October 19, 2012 was Stopped

**Plaintiff's Exhibit 48:** Photograph 1 of the Condition of a Semi-Truck Trailer in the Parking Lot Where Plaintiff was Searched on October 19, 2012

**Plaintiff's Exhibit 50:** Photograph of the General Area in the Parking Lot Where Plaintiff was Searched on October 19, 2012

**Plaintiff's Exhibit 51:** Photograph 1 Showing Dark Markings Consistent with Grease on the Jacket Plaintiff was Wearing on October 19, 2012

**Plaintiff's Exhibit 52:** Photograph 2 Showing Dark Markings Consistent with Grease on the Jacket Plaintiff was Wearing on October 19, 2012

**Plaintiff's Exhibit 56:** Photograph 1 Showing Dark Markings Consistent with Grease on the Shirt Plaintiff was Wearing on October 19, 2012

**Plaintiff's Exhibit 57:** Photograph 2 Showing Dark Markings Consistent with Grease on the Shirt Plaintiff was Wearing on October 19, 2012

**Plaintiff's Exhibit 58:** Transcript of Ronnell Jenkins' October 31, 2012 Interview with IAD Regarding Plaintiff's Allegations

**Plaintiff's Exhibit 59:** Transcript of Defendant Swinton's December 11, 2012 Interview with IAD Regarding Plaintiff's Allegations

**Plaintiff's Exhibit 60:** Transcript of Plaintiff's October 22, 2012 Interview with IAD Regarding her Allegations

**Plaintiff's Exhibit 61:** Transcript of Defendant Hawkins' December 19, 2012 Interview with IAD Regarding Plaintiff's Allegations

**Plaintiff's Exhibit 64:** Video of Defendant Swinton From April 10, 2014 Stop, Detention, and Arrest of a Motorist Where Defendant Swinton Appears to be Assisting Fellow Officers in Covering up Alleged Police Misconduct

**Plaintiff's Exhibit 65:** Audio Recording of Radio Transmission from October 19, 2012 Related to Plaintiff's Allegations

| | |
|---|---|
| **Plaintiff's Exhibit 66:** | October 19, 2012 Surveillance Video of the Parking Lot Where Plaintiff was Searched |
| **Plaintiff's Exhibit 67:** | Video of Defendant Hawkins' December 19, 2012 Interview with IAD Regarding Plaintiff's Allegations |
| **Plaintiff's Exhibit 68:** | Video of Defendant Swinton's December 11, 2012 Interview with IAD Regarding Plaintiff's Allegations |

II.   The Plaintiff may offer into evidence the following Exhibits:

| | |
|---|---|
| **Plaintiff's Exhibit 3:** | City of St. Louis "Employee Code of Conduct" |
| **Plaintiff's Exhibit 5:** | St. Louis Metropolitan Police Department's Special Order 1-07 ("MISSION, VALUES, CODES OF ETHICS, AND OATH OF OFFICE") |
| **Plaintiff's Exhibit 9:** | St. Louis Metropolitan Police Department's Special Order 8-03 ("HOLDOVER OPERATIONS") |
| **Plaintiff's Exhibit 10:** | Plaintiff's First Amended Complaint |
| **Plaintiff's Exhibit 11:** | Defendant Hawkins' Answer to Plaintiff's First Amended Complaint |
| **Plaintiff's Exhibit 12:** | Defendant Swinton's Answer to Plaintiff's First Amended Complaint |
| **Plaintiff's Exhibit 14:** | Plaintiff's "MEDICAL SCREENING FORM" dated October 19-20, 2012 |
| **Plaintiff's Exhibit 24:** | Defendant Hawkin's October 5, 2005 Response to Questions Presented to her by the St. Louis Metropolitan Police Department as part of her Application for Employment |
| **Plaintiff's Exhibit 26:** | Defendant Hawkins' Work History with the St. Louis Metropolitan Police Department |
| **Plaintiff's Exhibit 30:** | October 21, 2015 "OFFER OF JUDGMENT" Related to the Complaint Filed Against Defendant Swinton |
| **Plaintiff's Exhibit 40:** | Additional Satellite Imagery of the Location of Plaintiff's Stop, Detention, Search, and Arrest |

| | |
|---|---|
| **Plaintiff's Exhibit 44:** | Photograph 3 of the General Area of the Parking Lot Whereby Plaintiff was Searched on October 19, 2012 |
| **Plaintiff's Exhibit 45:** | Photograph 4 of the General Area of the Parking Lot Whereby Plaintiff was Searched on October 19, 2012 |
| **Plaintiff's Exhibit 46:** | Photograph 5 of the General Area of the Parking Lot Where Plaintiff was Searched on October 19, 2012 |
| **Plaintiff's Exhibit 49:** | Photograph 2 of the Condition of a Semi-Truck Trailer in the Parking Lot Where Plaintiff was Searched on October 19, 2012 |
| **Plaintiff's Exhibit 53:** | Photograph 3 Showing Dark Markings Consistent with Grease on the Jacket Plaintiff was Wearing on October 19, 2012 |
| **Plaintiff's Exhibit 54:** | Photograph 4 Showing Dark Markings Consistent with Grease on the Jacket Plaintiff was Wearing on October 19, 2012 |
| **Plaintiff's Exhibit 55:** | Photograph 5 Showing Dark Markings Consistent with Grease on the Jacket Plaintiff was Wearing on October 19, 2012 |
| **Plaintiff's Exhibit 62:** | Defendant Hawkins' Answers to Plaintiff's First Interrogatories to Defendant Hawkins |
| **Plaintiff's Exhibit 63:** | St. Louis Board of Police Commissioners Answers to Plaintiff's First Interrogatories to St. Louis Board of Police Commissioners |

Plaintiff reserves the right to introduce exhibits identified in Plaintiff's exhibit to introduce additional exhibits in response to the evidence presented by Plaintiff at trial.

Respectfully submitted,

HOLLINGSHEAD & DUDLEY

/s/ Benjamin J. Coudret
Benjamin J. Coudret #70008MO
Jeremy D. Hollingshead #60447MO
7777 Bonhomme Ave., Suite 2401
St. Louis, Missouri 63105
Telephone:   (314) 480-5474
Facsimile:   (314) 594-0825
Email:   bcoudret@hdtriallawyers.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and accurate copy of the foregoing was served upon Robert Isaacson, counsel for Defendants, via the Court's CM/ECF electronic notification system on this 9th day of April, 2018.

/s/ Benjamin J. Coudret