# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1823
_____

Kayla Robinson

Plaintiff - Appellee

v.

Angela Hawkins, individually and in her official capacity; Kelli Swinton, individually and in her official capacity

Defendants - Appellants

St. Louis Board of Police Commissioners; Richard Gray, In his official capacities as a member of the St. Louis Board of Police Commissioners; Bettye Battle-Turner, In her official capacities as a member of the St. Louis Board of Police Commissioners; Thomas J. Irwin, In his official capacities as a member of the St. Louis Board of Police Commissioners; Erwin Switzer, In his official capacities as a member of the St. Louis Board of Police Commissioners; Francis G. Slay, In his official capacities as a member of the St. Louis Board of Police Commissioners

Defendants

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-00156-PLC)

------

**JUDGMENT**

Before SMITH, Chief Judge, COLLOTON, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed in part, affirmed in part, and the cause is remanded to the district court for further proceedings consistent with the opinion of this court.

September 05, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans