# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1823

Kayla Robinson

Appellee

v.

Angela Hawkins, individually and in her official capacity and Kelli Swinton, individually and in her official capacity

Appellants

St. Louis Board of Police Commissioners, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-00156-PLC)
_____

## MANDATE

In accordance with the opinion and judgment of 09/05/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 26, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit