### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| KAYLA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-CV-156 PLC |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, et al, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on review of the record. After consulting with counsel for the parties,

**IT IS HEREBY ORDERED** that the **four-day jury trial** of this case is scheduled to begin **Monday, February 24, 2020** at **9:00 a.m.**

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of October, 2019