UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYLA ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 4:17cv00156 PLC |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on review of the record after the Eighth Circuit remanded the portion of this Court's decision denying Defendant Angela Hawkins qualified immunity with respect to Plaintiff's unreasonable search claim arising out of an incident in a parking lot on October 19, 2012. Robinson v. St. Louis Board of Police Comm'rs, No. 18-1823, slip op. at 10-13 (8th Cir. Sept. 5, 2019) [ECF No. 112]. With respect to the unreasonable search claim, the Eighth Circuit: (1) stated it could not "say that Officer Hawkins's search was reasonable as a matter of law, and . . . conclude[d] that questions of material fact exist as to whether Officer Hawkins violated Robinson's constitutional rights"; and (2) found "the law was sufficiently clear [as of October 19, 2012] to inform Officer Hawkins her search of Robinson was unlawful both in scope and manner." Id. at 12, 13.

Prior to the appeal, when more than the unreasonable search claim against Defendant Hawkins remained pending, the parties filed pretrial materials in preparation for trial. When Defendant Hawkins and another Defendant appealed this Court's decision on Defendants' summary judgment motion, this Court granted the parties' motion to stay these proceedings pending interlocutory appeal [ECF No. 105]. Order, filed Apr. 16, 2018 [ECF No. 107]. After the

Eighth Circuit issued its mandate, this Court set the unreasonable search claim for jury trial on February 24, 2020.  See Order, filed Oct. 8, 2019 [ECF No. 115].

After careful consideration, and to clarify the record now that only the unreasonable search claim against Defendant Hawkins remains pending and a jury trial date on that claim nears,

**IT IS HEREBY ORDERED** that the **STAY** of these proceedings is **VACATED**

**IT IS FURTHER ORDERED** that, **no later than January 24, 2020**, the remaining parties shall file the pretrial materials required by paragraphs II(1)-(6) of the Case Management Order ("CMO") [ECF No. 25] with respect to the February 24, 2020, trial.

**IT IS FURTHER ORDERED** that, **no later than February 3, 2020**, the remaining parties shall file:  (1) any motions in limine, see id. para. II(7); and (2) any objections to the opponent's exhibits and depositions, id. paras. II(3)(c), II(4)(a).

**IT IS FURTHER ORDERED** that, **no later than February 10, 2020**, the parties shall (1) file their response(s) to the opponent's motion(s) in limine; (2) submit a courtesy copy of any opposition directly to the Court's chambers; and (3) file any "additional or modified instructions . . . in light of opposing party's requests for instructions," id. para. II(5).

**IT IS FURTHER ORDERED** that, **no later than February 18, 2020**, the parties may file: (1) a reply supporting any motion in limine filed by the party, and (2) any response to any additional or modified instruction filed by the opponent.

**IT IS FINALLY ORDERED** that a **Final Pretrial Conference** with counsel is scheduled for **10:00 a.m. on Thursday, February 20, 2020**, before the undersigned in Courtroom 9N. During that conference the Court will address all pretrial matters, including, but not limited to, any

motions in limine and proposed jury instructions the parties submitted.

Counsel should anticipate being trained on the courtroom's electronic equipment immediately following this conference.

                                                  */s/ Patricia L. Cohen*
                                                  PATRICIA L. COHEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of December, 2019