**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KAYLA ROBINSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:17-cv-00156-PLC |
| | ) | |
| **ANGELA HAWKINS**, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

**COMES NOW** Plaintiff Kayla Robinson ("Plaintiff") and Defendant Angela Hawkins ("Defendant"), by and through undersigned counsel, and, without agreeing to the admissibility of any of the following documents, stipulate to the foundation of all of the documents that were previously produced in the above-captioned case, described as follows:

1. STLMPD BOARD 1 - 2557

2. ROBINSON 1 - 307

3. Dispatch Call.m4a

Dated: February 21, 2020                       Respectfully submitted,

**DONNER APPLEWHITE**                    **ERIC S. SCHMITT**

By:   */s/ Thomas R. Applewhite*          By:   */s/ Robert J. Isaacson*
Thomas R. Applewhite, # 64437MO          Robert J. Isaacson, #38361MO
906 Olive Street, Suite 1110             Assistant Attorney General
Saint Louis, Missouri 63101              P.O. Box 861
Phone:   (314) 293-3526                  St. Louis,   Missouri 63118
Fax:   (888) 785-4461                    Phone:   (314) 340-7861
Email:   tom.applewhite@da-lawfirm.com   Email:   robert.isaacson@ago.mo.gov

*Co-Counsel for Plaintiff*               *Counsel for Defendant*

**HOLLINGSHEAD & DUDLEY**

By:  /s/ Jeremy D. Hollingshead
Jeremy D. Hollingshead, #60447MO
Nicholas J. Dudley, # 62860MO
7777 Bonhomme Avenue, Suite 2401
Saint Louis, Missouri 63101
Phone:    (314) 925-7627
Fax:       (314) 594-0825
Email:    jhollingshead@hdtriallawyers.com
            ndudley@hdtriallawyers.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify on February 21, 2020 that a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system which will automatically send electronic notice of filing to all parties of record.

/s/ Thomas R. Applewhite